UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

2011 JUN 30 AM 11:42

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| KELVIN J. ROBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV411-151 |
| UNIVERSAL MOTOWN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA